UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOEL BUTCHER                                         CIVIL ACTION

VERSUS                                               NO: 07-8136

SUPERIOR OFFSHORE                                    SECTION: "R"(5)
INTERNATIONAL, LLC

**ORDER AND REASONS**

Before the Court is Superior Offshore International, LLC's motion for partial summary judgment. Plaintiff has not opposed the motion. For the following reasons, the Court GRANTS defendant's motion.

Plaintiff Noel Butcher sued defendant on November 7, 2007, alleging that he was injured while employed by defendant as a blaster/painter on the liftboat Maggie. (Compl. ¶¶ 3-4.) Plaintiff brought his complaint pursuant to the Jones Act and asserted that it was a maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure. (*Id.* ¶ 2.) Plaintiff further asserted a claim for punitive damages. (*Id.* ¶ 8.)

A party bringing a claim under the Jones Act or general maritime law cannot recover punitive damages. *See Miles v. Apex Marine*, 498 U.S. 19, 32 (1990) (limiting damages claims under the Jones Act to pecuniary damages); *Guevara v. Maritime Overseas Corp.*, 59 F.3d 1496, 1506-07, 1512 (5th Cir. 1995) (noting that when the Jones Act was enacted it incorporated the Federal Employers' Liability Act, as well as FELA's "punitive damages bar"); *In re Offshore Transport Services, L.L.C.*, 409 F. Supp. 2d 753, 756 (E.D. La. 2005) (finding that "non-pecuniary recovery is foreclosed under ... the Jones Act").

The Court has reviewed defendant's motion, and finding that it has merit, GRANTS defendant's motion for partial summary judgment. Plaintiff's punitive damages claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of March, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT COURT