**MINUTE ENTRY**
**VANCE, J.**
**September 29, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**NOEL BUTCHER**                                              **CIVIL ACTION**

**VERSUS**                                                    **NO.   07-8136 c/w**
                                                              **             10-2826**
**SUPERIOR OFFSHORE INTERNATIONAL, INC.**
**ET AL.**                                                    **SECTION "R"**

### MOTION FOR SUMMARY JUDGMENT
### BY SUPERIOR OFFSHORE INTERNATIONAL, LLC.  (R. DOC 140)

**CASE MANAGER:       JAY SUSSLIN**
**COURT REPORTER:    KAREN IBOS**

**APPEARANCES:  LISA AFRICK**
**                           LAWRENCE PLUNKETT**

Court begins at 10:33 a.m.
Case called.
All present and ready.
Counsel appear for the record.
Motion argued.
Motion GRANTED, for reasons state on the record.
Court adjourned at 10:44 a.m.

**JS-10: 00:11**